

# NUMBER 13-06-189-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

PINTAIL PRODUCTION COMPANY, INC.,                               Appellant,

v.

OSPREY PETROLEUM COMPANY, INC. AND
OSPREY PETROLEUM PARTNERS, L.P.,                               Appellees.

### On appeal from the 105th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Benavides
### Memorandum Opinion Per Curiam

Appellant, Pintail Production Company, Inc., and appellees, Osprey Petroleum Company, Inc. and Osprey Petroleum Partners, L.P., have filed a joint motion to dismiss this appeal on grounds that the parties have reached an agreement to settle and compromise their differences. The parties request that this Court dismiss the appeal.

The Court, having previously abated the appeal pending settlement, now REINSTATES the appeal, and, considering the documents on file and the joint motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and filed
this the 13th day of March, 2008.